[No. 8049–1–I. Division One. October 20, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL A. ABELS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79–8–00839–9, Liem E. Tuai, J., entered September 20, 1979. *Affirmed* by unpublished per curiam opinion.

[No. 6518–1–I. Division One. October 20, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. FELTON JOHNSON, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84641, David C. Hunter, J., entered May 4, 1978. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Andersen, JJ.

[No. 7828–5–I. Division One. October 20, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM RICKEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88697, Liem E. Tuai, J., entered July 29, 1979. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Swanson and Williams, JJ.